UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| RICHARD MICHAEL MEJIA, | ) Case No. 2:20-cv-07455-FLA (KS) |
|---|---|
| Petitioner, | ) |
| v. | ) **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
| ALEX VILLANUEVA, et al., | ) |
| Respondents. | ) |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the court. Having completed its review, the court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Petitioner's request for an evidentiary hearing is DENIED; (2) the Petition is DENIED; and (3) Judgment shall be entered dismissing this action with prejudice.

Dated: March 19, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge

1