UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MICHAEL MEJIA,<br><br>  Petitioner,<br><br>  v.<br><br>ALEX VILLANUEVA, et al.,<br><br>  Respondents. | Case No. 2:20-cv-07455-FLA (KS)<br><br>**JUDGMENT** |

Pursuant to the court's Order, IT IS ADJUDGED that this action is dismissed with prejudice.

Dated: March 19, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge